Anna Arnold, an Infant, by Stephen E. Giersch, Her Guardian ad Litem, Appellant, v. National Starch Company, ·Respondent.— Judgment and order affirmed, with costs, on authority of decision in same case, reported at 121 Appellate Division, 889. All concurred, except Spring and Kruse, JJ., who dissented upon the grounds stated in the dissenting opinion of Kruse, J., upon the former appeal.